1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

| | |
|---|---|
| LAMONT SHEPARD, | ) Case No. CV 13-2110 DSF (MRW) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| CONNIE GIPSON, Warden, | ) |
| Respondent. | ) |
| _____ | ) |

18
19
20
21
22
23
24
25
26
27
28

Pursuant to this Court's Order,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: _____   4/22/13

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE